FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRhme DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. GILBERTO PEREZ-ESPINOZA, Defendant.

Criminal Case No. 08CR0480-DMS

I N F O R M A T I O N

Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony)

The United States Attorney charges:

On or about January 22, 2008, within the Southern District of California, defendant GILBERTO PEREZ-ESPINOZA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

//

//

JDM:mg:San Diego
1/25/08

was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: 2/21/08.

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney