AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FEB 21 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| GILBERTO PEREZ-ESPINOZA | CASE NUMBER: 08CR0480-DMS |

I, GILBERTO PEREZ-ESPINOZA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-21-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Perez Tillito
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER